■ In the Matter of S'MYA JADE R. and Another, Infants. PAUL GREGORY R., Appellant; GRAHAM WINDHAM SERVICES TO FAMILIES AND CHILDREN, Respondent. [22 NYS3d 826]—

Orders, Family Court, Bronx County (Monica Drinane, J.), entered on or about April 29, 2014, which, after a parental status and dispositional hearing, found that appellant's consent was not required for the adoption of the children pursuant to section 111 (1) (d) of the Domestic Relations Law (Domestic Relations Law) and that it was in the children's best interest to have their custody and guardianship committed to the Commissioner of Social Services and petitioner Graham-Windham Services for Children and Families for the purpose of adoption, unanimously affirmed, without costs.

The agency proved by clear and convincing evidence that appellant only had minimal and sporadic contact with the agency and the children, and that his consent to their adoption was not required under the Domestic Relations Law (*Matter of Isabella Star G.*, 66 AD3d 536, 537 [1st Dept 2009]). The record reflects that appellant visited the children no more than 10 times over a seven month period while he was living in New York and while the children were in foster care, and that he did not provide them with financial support.

A preponderance of the evidence also supported the conclusion that it was in the best interest of the children to be freed for adoption (*Matter of Star Leslie W.*, 63 NY2d 136, 148 [1984]; *Matter of Ashley R. [Latarsha R.]*, 103 AD3d 573, 574 [1st Dept 2013], *lv denied* 21 NY3d 857 [2013]). The record reflects that the children are well-cared for by their foster parents, who wish to adopt them (*Matter of Ashley R.* at 574). Appellant has not shown that he is familiar with the children's special needs or that he has taken any steps to provide for them. Concur—Renwick, J.P., Andrias, Saxe and Moskowitz, JJ.